IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

KEN F. SHERMAN,

        Plaintiff,

  v.

MELEE THAO, NURSE JEANNIE,
PAUL MERGENDAHL, DEB GLEESON,
DR. CONNELL, OFFICER LIND,
JOHN DOE MAINTENANCE,
SECOND SHIFT JOHN DOE OFFICER,
SECOND SHIFT JOHN DOE SERGEANT
and DR. BAYNTON,

        Defendants.

ORDER

14-cv-170-wmc

_____

      Plaintiff Ken F. Sherman has requested leave to proceed without prepaying the filing fee in this civil action for monetary and other relief, brought under 42 U.S.C. § 1983. From the affidavit of indigency accompanying plaintiff's proposed complaint, the court cannot determine whether plaintiff qualifies for indigent status. In his affidavit, plaintiff states that he is unemployed, has no income and that he is not married. However plaintiff does not include information as to how he is able to pay for his basic living expenses such as clothing and shelter, and supervision fees which total $40 each month. Without such information, I am unable to conclude that plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement his request for leave to proceed without prepaying the filing fee by completing the enclosed affidavit of indigency. In completing the affidavit, he should take care to show how he pays for his basic necessities and supervision fees and make sure the affidavit contains his actual gross monthly income from all sources for the last twelve months.

ORDER

IT IS ORDERED that plaintiff Ken F. Sherman may have until March 31, 2014, in which to amend his affidavit of indigency and return it to the court.  Plaintiff should take particular care to show where he receives the means to pay for his basic necessities, such as clothing and shelter, along with his supervision fees.  If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed without prepayment of the filing fee for failure to show that he is indigent.

Entered this 7th day of March, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge